**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **RegaloRx, Inc.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 2:26-cv-02581** |
| | § | |
| **Alpha Scrip Incorporated, and Regalo Health LLC,** | § | **Removed from Johnson County District Court Case No. JO-2026-CV-002169** |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**NOTICE OF REMOVAL**

Defendants Alpha Scrip Incorporated ("Alpha Scrip") and Regalo Health LLC ("Regalo Health," and collectively with Alpha Scrip, "Defendants") file this Notice of Removal and in support thereof would respectfully show the Court as follows:

## I. PROCEDURAL BACKGROUND

1. On August 13, 2026, Plaintiff RegaloRx, Inc.'s ("Plaintiff" or "RegaloRx") filed a petition against Defendants in the District Court of Johnson County, Kansas in the action captioned *RegaloRx, Inc. v. Alpha Scrip Incorporated et al.*, Case No. JO-2026-CV-002169 (the "State Court Action").

2. On September 4, 2026, Plaintiff filed an Amended Petition against Defendants in the State Court Action. A copy of the Amended Petition is attached as Exhibit A to this Notice.

3. Plaintiff served the Amended Petition on Defendants on September 17, 2026.

4. In the Amended Petition, Plaintiff alleges causes of action against Defendants for breach of contract, accounting, quantum meruit, and declaratory relief.

5. In the Amended Petition, Plaintiff seeks damages in excess of $75,000. *See, e.g.*, Ex. 1, Amended Petition ¶ 45 ("RegaloRx, Inc. prays for judgment against Defendant Alpha Scrip,

Incorporated, on Count I, in an amount in excess of $75,000.00"), ¶ 52 ("RegaloRx, Inc. prays for judgment against Defendant Regalo Health LLC, on Count II, in an amount in excess of $75,000.00").

## II. <u>GROUNDS FOR REMOVAL</u>

6. "[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction," may be removed by the defendant or the defendants, to the district court of the United States of the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

7. This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332 ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between -- (1) citizens of different States").

8. Diversity is determined at the time of filing. *Grupo Dataflux v. Atlas Group, L.P.*, 541 U.S. 567, 570-71 (2004).

9. Plaintiff alleges that it is a Kansas corporation with its principal place of business in Kansas. Ex. 1, Amended Petition ¶ 1. Plaintiff is thus a citizen of Kansas.

10. Plaintiff alleges that Alpha Scrip is an Arizona corporation with its principal place of business in Arizona. Ex. 1, Amended Petition ¶ 2. Alpha Scrip is thus a citizen of Arizona.

11. Regalo Health LLC is an Arizona limited liability company. "[I[n determining the citizenship of an unincorporated association for purposes of diversity, federal courts must include all the entities' members." *Mgmt. Nominees, Inc. v. Alderney Invs., LLC*, 813 F.3d 1321, 1324 (10th Cir. 2016). The only member of Regalo Health LLC is Alpha Scrip. Regalo Health is thus a citizen of Arizona.

12. Because Plaintiff is a citizen of Kansas and Defendants are citizen of Arizona, this action is between "citizens of different States." 28 U.S.C. § 1332.

13. Plaintiff seeks damages in excess of $75,000. *See, e.g.*, Ex. 1, Amended Petition ¶ 45.

14. Because this action is between citizens of different states and the amount in controversy is in excess of $75,000, this Court has original diversity jurisdiction pursuant to 28 U.S.C. § 1332.

15. Because this Court has original diversity jurisdiction, the State Court Action may be removed pursuant to 28 U.S.C. § 1441(a).

## III. PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

16. Defendants satisfy the procedural requirements for removal in 28 U.S.C. § 1446.

17. Removal to this District Court is proper pursuant to 28 U.S.C. § 1441(a) and D. Kan. Rule 81.1(b) because this District and Division embrace the place where the State Court Action is pending.

18. This Notice of Removal is timely under Section 1446(b)(1) because it was filed less than 30 days after service of the Amended Petition on September 25, 2026. *See Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 348 (1999).

19. In compliance with 28 U.S.C. § 1446(a) and Local Rule 81.1(c)(2), copies of all process, pleadings, orders, and other papers in the State Court Action are attached hereto as **Exhibit Nos. 1-3.**[1]

WHEREFORE, Defendants respectfully pray that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

[1] Exhibit 3 of the State Court record includes a slipsheet for an exhibit filed by Plaintiff under seal in State Court.

Dated: September 25, 2026

Respectfully submitted,

**BERKOWITZ OLIVER LLP**

*/s/ Lauren Tallent*

Lauren Tallent (KS No. 28490)
Carson M. Hinderks (KS No. 25079)
2600 Grand Blvd., Suite 1200
Kansas City, MO 64108
Phone: 816-627-0231
Email: ltallent@berkowitzoliver.com
chinderks@berkowitzoliver.com

Jonathan R. Mureen (TX Bar No. 24060313) (*pro hac vice forthcoming*)
**SQUIRE PATTON BOGGS (US) LLP**
2021 McKinney Avenue, Suite 200
Dallas, TX 75201
(214) 758-1500 – Telephone
(214) 758-1550 – Facsimile
Email: jon.mureen@squirepb.com

James M. Brennan (OH Bar No. 101670)
(*pro hac vice forthcoming*)
**SQUIRE PATTON BOGGS (US) LLP**
1000 Key Tower
127 Public Square
Cleveland, OH 44114
(216) 479-8041 – Telephone
(216) 479-8780 – Facsimile
Email: james.brennan@squirepb.com

*Attorneys for Alpha Scrip Incorporated and Regalo Health LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the Court's electronic filing system, which will send notice of electronic filing to all counsel of record.

*/s/ Lauren Tallent*
*Attorney for Alpha Scrip Incorporated and Regalo Health LLC*