**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **RegaloRx, Inc.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 2:26-cv-02581** |
| | § | |
| **Alpha Scrip Incorporated, and Regalo Health LLC,** | § | **Removed from Johnson County District Court Case No. JO-2026-CV-002169** |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**INDEX OF EXHIBITS TO NOTICE OF REMOVAL**

| Exhibit | Description | State Court Filing Date |
|---|---|---|
| 1 | Amended Petition (File Stamped) | September 4, 2026 |
| 2 | Johnson County District Court Docket Sheet, Case No. Case No. Jo-2026-Cv-002169 | September 25, 2026 |
| 3 | Petition through Acknowledgement of Service | August 13, 2026 through September 22, 2026 |

Dated: September 25, 2026

Respectfully submitted,

**BERKOWITZ OLIVER LLP**

*/s/ Lauren Tallent*
Lauren Tallent (KS No. 28490)
Carson M. Hinderks (KS No. 25079)
2600 Grand Blvd., Suite 1200
Kansas City, MO 64108
Phone: 816-627-0231
Email: ltallent@berkowitzoliver.com
chinderks@berkowitzoliver.com

Jonathan R. Mureen (TX Bar No. 24060313) (*pro hac vice forthcoming*)
**SQUIRE PATTON BOGGS (US) LLP**
2021 McKinney Avenue, Suite 200
Dallas, TX 75201
(214) 758-1500 – Telephone
(214) 758-1550 – Facsimile

Email: jon.mureen@squirepb.com

James M. Brennan (OH Bar No. 101670)
(*pro hac vice forthcoming*)
**SQUIRE PATTON BOGGS (US) LLP**
1000 Key Tower
127 Public Square
Cleveland, OH 44114
(216) 479-8041 – Telephone
(216) 479-8780 – Facsimile
Email: james.brennan@squirepb.com

*Attorneys for Alpha Scrip Incorporated*
*and Regalo Health LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the Court's electronic filing system, which will send notice of electronic filing to all counsel of record.

*/s/ Lauren Tallent*
*Attorney for Alpha Scrip Incorporated and Regalo Health LLC*