**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**AT KANSAS CITY**

| | |
|---|---|
| **RegaloRx, Inc.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**Alpha Scrip Incorporated, and Regalo Health LLC,**<br><br>**Defendants.** | **Case No. 2:26-cv-02581-JWL-GEB** |
| **Alpha Scrip Incorporated,**<br><br>**Counterclaimant,**<br><br>**v.**<br><br>**RegaloRx, Inc., and James A. Mitchum,**<br><br>**Counterclaim Defendants.** | |

**REGALORX, INC.'S RULE 7.1 CORPORATE DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, RegaloRx, Inc. ("RegaloRx") states that it is a Kansas not-for-profit, nonstock corporation,[1] as defined by K.S.A. 17-6014(d)(4). RegaloRx's principal place of business is in Lenexa, Kansas. No publicly held corporation owns 10% or more of RegaloRx's stock.

RegaloRx's sole member is Heart to Heart International, Incorporated, a Kansas not-for-profit corporation with its principal place of business in Lenexa, Kansas. Heart to Heart

[1] Pursuant to K.S.A. 17-6014(a), as a nonstock corporation, any references to ownership or government of the corporation such as "stockholders," "directors," or "members of the board of directors," refer to members of the nonstock corporation. K.S.A. 17-6014(a)(1)-(4).

International is also a Kansas nonstock corporation.

Dated: October 12, 2026

Respectfully submitted,

LATHROP GPM LLP

By: */s/ Carrie E. Josserand*

Curtis L. Tideman KS #13433
Carrie E. Josserand KS #18893
2323 Grand Blvd, Suite 800
Kansas City, MO 64108
Telephone: 816.460.5872
carrie.josserand@lathropgpm.com
curtis.tideman@lathropgpm.com

*Attorneys for Plaintiff RegaloRx, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October, 2026, a copy of the above pleading was served via the District Court CM/ECF system on the following counsel of record:

Berkowitz Oliver, LLP
Lauren Tallent (KS Bar # 28490)
Carson M. Hinderks (KS Bar #25079)
2600 Grand Blvd, Suite 1200
Kansas City, MO 64108
Telephone: 816-627-0231
ltallent@berkowitzoliver.com
chinderks@berkowitzoliver.com

- and –

Squire Patton Boggs (US) LLP
Jonathan R. Mureen (TX Bar #24060313) (*Pro Hac Vice*)
2021 McKinney Avenue, Suite 200
Dallas, TX 75201
Telephone: 214-758-1500
Jon.mureen@squirepb.com

- and –

James M. Brennan (OH Bar #101670) (*Pro Hac Vice)*
1000 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: 216-479-8041
James.brennan@squirepb.com

ATTORNEYS FOR DEFENDANTS AND COUNTERCLAIMANT

*/s/ Carrie E. Josserand*
An Attorney for Plaintiff